IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3027 |
| | ) | |
| v. | ) | |
| | ) | |
| RAPHAEL F. ENCINGER, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This is an appeal to the undersigned United States district judge in a misdemeanor criminal case, as allowed by 18 U.S.C. §§ 3402. After a non-jury trial before the Magistrate Judge, the defendant, who appeared pro se, was convicted of disorderly conduct and fined $150.00 plus a $25.00 processing fee. (Filing 13, Text Minute Entry.) The defendant has filed an objection to the Magistrate Judge's final judgment. (Filing 17.)

    To facilitate the court's review of this matter, a transcript of the proceedings before the Magistrate Judge has been ordered. (Filings 19 & 20.) After such transcript is received and filed, the court shall issue a briefing order.

    IT IS ORDERED:

    1.    The parties are advised that a transcript of the proceedings before the Magistrate Judge has been ordered; and

    2.    The court shall issue a briefing order after such transcript is received and filed.

DATED this 31st day of March, 2010.

                                                              BY THE COURT:
                                                              *Richard G. Kopf*
                                                              United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.