## UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
            **Plaintiff**

**v.**                                          **Case Number 4:10CB3001-001**
                                               **Violation Number 1752691 NE16**

**RAPHAEL F. ENCINGER**
                    **Defendant**

                                               **Pro Se**

_____

### JUDGMENT IN A CRIMINAL CASE
### (For a Petty Offense)

**THE DEFENDANT** was found guilty to CVB Violation Number 1752691 NE16 after court trial.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Violation Number(s) |
|---|---|---|---|
| 38 CFR 1.218(b)(11) | Disorderly Conduct | 12/03/2009 | 1752691 NE16 |

The defendant is sentenced as provided on page 2 of this judgment.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Date of Birth:      March 11, 1945          Date of Imposition of Sentence:
                                                                    March 19, 2010

Defendant's Residence Address:
410 S. Pine Street
Grand Island, NE 68801

Defendant's Mailing Address:
same

                                               s/ Cheryl R. Zwart
                                               United States Magistrate Judge

                                               March 30, 2010

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $25.00 processing fee | $150.00 | |

## FINE

A Fine in the amount of $150.00 and Processing Fee of $25.00 are imposed.

Government's motion to waive special assessment is granted.

## RESTITUTION

No restitution ordered.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay; payment of the total criminal monetary penalties shall be due as follows:

Lump sum payment of $175.00 due immediately.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 100 Centennial Mall North Room 593, Lincoln, NE 68508.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By: _____
Deputy Clerk