IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3027 |
| | ) | |
| v. | ) | |
| | ) | |
| RAPHAEL F. ENCINGER, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This is an appeal to the undersigned United States district judge in a misdemeanor criminal case, as allowed by 18 U.S.C. §§ 3402. As previously ordered, the transcript of the proceedings before the Magistrate Judge has been filed, and a briefing order shall now be issued. (Filing 24.)

IT IS ORDERED:

1. On or before May 28, 2010, Defendant shall file his initial brief;

2. On or before June 14, 2010, the government shall file its responsive brief;

3. On or before June 22, 2010, Defendant shall file his reply brief;

4. Unless the court orders otherwise, this matter will be deemed submitted without oral argument on June 23, 2010, and my staff shall call my attention to this case at that time.

DATED this 27th day of April, 2010.

                                                             BY THE COURT:

                                                             *Richard G. Kopf*
                                                             United States District Judge

---

     *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.