IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3027 |
| | ) | |
| v. | ) | |
| | ) | |
| RAPHAEL F. ENCINGER, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to the memorandum and order entered this date, judgment is entered for the United States and against defendant Raphael Encinger, providing that the appeal from the defendant's misdemeanor conviction for engaging in disorderly conduct at a Department of Veterans Affairs facility in Grand Island, Nebraska, in violation of 38 C.F.R. § 1.218(b)(11) is denied and the judgment of conviction and sentence imposed by Magistrate Judge Cheryl R. Zwart is affirmed.  Costs are taxed to the defendant.

    DATED this 13th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge